**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

---

|  |  |  |
|---|---|---|
| SB PB VICTORY, LP, | : | **NO. 2:22-CV-05043** |
| | : | |
| Petitioner, | : | **Document Electronically Filed** |
| | : | |
| v. | : | |
| | : | |
| TONNELLE NORTH BERGEN, LLC | : | |
| 329 S. Main Street,  Suite B | : | |
| Doylestown, PA 18901 | : | |
| | : | |
| Thomas F. Verrichia | : | |
| 329 South Main St., Suite B | : | |
| Doylestown, PA 18901 | : | |
| | : | |
| Respondent. | : | |
| | : | |
| and | : | |
| | : | |
| | : | |
| | : | |
| TFV Family Investors, LLC | : | |
| Buckingham Retail Properties, LLC | : | |
| TVF Associates Investors, GP | : | |
| Warwick TVC-LP, LP | : | |
| Horsham-Blair, LP | : | |
| ATNV Realty Holdings, LLC | : | |
| KCA Associates Investors, LP | : | |
| Morrisville Commons, LP | : | |
| Bridgewater Realty One, LLC | : | |
| Horsham 1130 GP, LLC | : | |
| ATNV Realty Trust, LLC | : | |
| RF Realty Investors, LLC | : | |
| The Verrichia Company, LLC | : | |
| Hatboro York Road, LLC | : | |
| TVC Development Company, LLC | : | |
| KCA Associates Investors GP, LLC | : | |
| Morrisville TVC-GP, LLC | : | |
| TFV Associates Investors, LP | : | |
| | : | |
| 329 S. Main Street,  Suite B | : | |
| Doylestown, PA 18901 | : | |
| Garnishee | : | |
| | : | |

---

## PRAECIPE FOR WRIT OF EXECUTION

To the Prothonotary:

      Issue a writ of execution in the above matter:

        (1)     directed to the United States Marshall for the Eastern District of Pennsylvania;

        (2)     against Defendant Tonnelle North Bergen LLC and Thomas F. Verrichia; and

        (3)     against the entity listed on Exhibit A hereto, garnishee;

        (4)     and index such writ

            (a)     against Defendant;

            (b)     against the entity listed on Exhibit A hereto, as garnishee(s), and

            (c)     against property of the Defendant in the possession of any Garnishee as follows:  See Exhibit "A" attached hereto

(5)      Amount due                    $19,335,976.29
         Interest from 1/6/22          $[to be determined]
         Attorneys' fees               $[to be determined]
         Costs to be added             $[to be determined]

**REED SMITH LLP**


  /s/ *Derek J. Baker*
Derek J Baker
Three Logan Square, Suite 3100
1717 Arch Street
Philadelphia, PA 19103
215-851-8100

*Attorneys for Petitioner*

Dated:  April 4, 2023

**EXHIBIT "A"**

All cash, unpaid distributions, monies on deposit and all accounts payable, stocks, bonds, certificates of deposit, cashiers checks, treasurer's checks, personal checks and other personal property of the named Defendant and any other persons or entities, held in the name of or for the benefit of the Defendant and any other persons or entities, now and or hereafter at this and all other offices or locations of the following Garnishee:

TFV Family Investors, LLC
Buckingham Retail Properties, LLC
TVF Associates Investors, GP
Warwick TVC-LP, LP
Horsham-Blair, LP
ATNV Realty Holdings, LLC
KCA Associates Investors, LP
Morrisville Commons, LP
Bridgewater Realty One, LLC
Horsham 1130 GP, LLC
ATNV Realty Trust, LLC
RF Realty Investors, LLC
The Verrichia Company, LLC
Hatboro York Road, LLC
TVC Development Company, LLC
KCA Associates Investors GP, LLC
Morrisville TVC-GP, LLC
TFV Associates Investors, LP

329 S. Main Street,  Suite B
Doylestown, PA 18901