UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SB PB VICTORY, LP, <br><br> Petitioner, <br><br> v. <br><br> TONNELLE NORTH BERGEN, LLC <br> 329 S. Main Street, Suite B <br> Doylestown, PA 18901 <br><br> Thomas F. Verrichia <br> 329 South Main St., Suite B <br> Doylestown, PA 18901 <br><br>                    Respondent. <br><br> and <br><br> TFV Family Investors, LLC <br> Buckingham Retail Properties, LLC <br> TVF Associates Investors, GP <br> Warwick TVC-LP, LP <br> Horsham-Blair, LP <br> ATNV Realty Holdings, LLC <br> KCA Associates Investors, LP <br> Morrisville Commons, LP <br> Bridgewater Realty One, LLC <br> Horsham 1130 GP, LLC <br> ATNV Realty Trust, LLC <br> RF Realty Investors, LLC <br> The Verrichia Company, LLC <br> Hatboro York Road, LLC <br> TVC Development Company, LLC <br> KCA Associates Investors GP, LLC <br> Morrisville TVC-GP, LLC <br> TFV Associates Investors, LP <br><br> 329 S. Main Street, Suite B <br> Doylestown, PA 18901 <br><br>                    Garnishee | NO. 2:22-CV-05043 <br><br> **Document Electronically Filed** |

## WRIT OF EXECUTION

TO THE UNITED STATES MARSHALL FOR THE EASTERN DISTRICT OF PENNSYLVANIA:

(1) To satisfy the Judgment, interest and costs against the Defendant in the above matter you are directed to levy upon and sell the Defendant's interest in the property specifically described on Exhibit A hereto.

(2) You are also directed to attach the property of the Defendant not levied upon in the possession of the entity listed on Exhibit A as Garnishee(s) per the property description on Exhibit A:

and to notify the Garnishee(s) that

    (a)    an attachment has been issued;

    (b)    the garnishee(s) is/are enjoined from paying out any debt to or for the account of the Defendant and from delivering any property of the Defendant's or otherwise disposing thereof.

(3) If property of the Defendant not levied upon and subject to attachment is found in the possession of anyone other than the named Garnishee(s), you are directed to notify them that they have been added as a Garnishee and are enjoined as above stated.

| COSTS: | | AMOUNT DUE: | $ 19,335,976.29 |
|---|---|---|---|
| Clerk: | $_____ | Interest from January 6, 2022 | [TBD] |
| Marshall: | $_____ | Attorneys' fees/costs | [to be determined] |
| | | TOTAL: $_____ | |
| | | Plus costs as per endorsement hereon. | |

Date:_____

                                      Clerk, United States District Court for the Eastern District of Pennsylvania.

(SEAL)                           By:_____
                                                      DEPUTY CLERK

**EXHIBIT "A"**

**All partner or membership interests of the defendant in any of the following entities:**

TFV Family Investors, LLC
Buckingham Retail Properties, LLC
TVF Associates Investors, GP
Warwick TVC-LP, LP
Horsham-Blair, LP
ATNV Realty Holdings, LLC
KCA Associates Investors, LP
Morrisville Commons, LP
Bridgewater Realty One, LLC
Horsham 1130 GP, LLC
ATNV Realty Trust, LLC
RF Realty Investors, LLC
The Verrichia Company, LLC
Hatboro York Road, LLC
TVC Development Company, LLC
KCA Associates Investors GP, LLC
Morrisville TVC-GP, LLC
TFV Associates Investors, LP

329 S. Main Street,  Suite B
Doylestown, PA 18901

All cash, unpaid distributions, monies on deposit and all accounts payable, stocks, bonds, certificates of deposit, cashiers checks, treasurer's checks, personal checks and other personal property of the named Defendant and any other persons or entities, held in the name of or for the benefit of the Defendant and any other persons or entities, now and or hereafter at this and all other offices or locations of the following Garnishee:

TFV Family Investors, LLC
Buckingham Retail Properties, LLC
TVF Associates Investors, GP
Warwick TVC-LP, LP
Horsham-Blair, LP
ATNV Realty Holdings, LLC
KCA Associates Investors, LP
Morrisville Commons, LP
Bridgewater Realty One, LLC
Horsham 1130 GP, LLC
ATNV Realty Trust, LLC
RF Realty Investors, LLC
The Verrichia Company, LLC
Hatboro York Road, LLC
TVC Development Company, LLC
KCA Associates Investors GP, LLC
Morrisville TVC-GP, LLC
TFV Associates Investors, LP

329 S. Main Street,  Suite B
Doylestown, PA 18901