IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SB-PB VICTORY, LP,** | : | **CIVIL ACTION** |
| *Plaintiff,* | : | |
| v. | : | |
| **TONNELLE NORTH BERGEN, LLC AND THOMAS F. VERRICHIA** | : | **NO. 22-CV-05043** |
| *Defendants.* | : | |

### ORDER

**AND NOW**, this **18th** day of **April 2024**, upon consideration of Plaintiff's Petition to Confirm Arbitration Award (ECF No. 1) and Plaintiff's Memorandum of Law in Support of its Motion to Confirm the Arbitration Award for Fees and Costs Dated October 12, 2022, as a Judgment (ECF No. 75), and no response thereto, it is hereby **ORDERED** that the relief sought in Plaintiff's Memorandum of Law is **GRANTED**.

Accordingly, the Arbitrator's award in favor of Plaintiff (ECF No. 1, Ex. D), dated October 12, 2022, of $397,241.28 in attorneys' fees and costs, plus post-award interest of $76,233.08 for the period of October 12, 2022, through January 22, 2023, with per diem interest of $163.24 continuing to accrue as of January 23, 2024, is **CONFIRMED**, for the reasons stated in the accompanying memorandum.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**