IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SB PB VICTORY, L.P., | : | CIVIL ACTION |
| *Petitioner,* | : | |
| | : | |
| v. | : | |
| | : | |
| TONNELLE NORTH BERGEN, LLC, | : | |
| and THOMAS F. VERRICHIA, | : | |
| *Respondents.* | : | No. 22-cv-05043 |

# ORDER

**AND NOW**, this **24th** day of **July 2025**, upon consideration of Petitioner's Motion to Compel Compliance with Subpoena (ECF No. 99) and the docket, is it hereby **ORDERED** that the Motion (ECF No. 99) is **GRANTED**. Respondent Thomas F. Verrichia and Non-Party Nancy Verrichia are ordered to respond to the subpoenas served upon them on February 27, 2025. *See* ECF Nos. 99-9, 99-10, 99-11, 99-12.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**