IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SB PB VICTORY, L.P.,** | : | **CIVIL ACTION** |
| *Petitioner,* | : | |
| | : | |
| v. | : | |
| | : | |
| **TONNELLE NORTH BERGEN, LLC,** | : | |
| and **THOMAS F. VERRICHIA,** | : | |
| *Respondents.* | : | No. 22-cv-05043 |

# ORDER

**AND NOW**, this **18th** day of **August 2025**, upon consideration of Petitioner's Motion for Expansion of Receivership, Appointment of Receiver in Aid of Execution, Restraints and Injunction (ECF No. 100) and the docket, it is hereby **ORDERED** that the Motion is **GRANTED** in part and **DENIED** in part as follows:

1. Mr. Alan Gould's appointment as receiver (ECF No. 95) is expanded to include the remedies and rights of the receiver in the aid of execution, with a full authority to exercise all duties and powers vested in him as a federal equity receiver, over Thomas F. Verrichia's and Nancy Verrichia's interests in the attached list of entities (Exhibit 1).

2. Respondents and Nancy Verrichia, and their agents, shall cooperate fully with the Receiver and shall not hinder, thwart or otherwise frustrate the Receiver's powers and duties set forth in this Order and the accompanying Opinion, including, if applicable, by transferring or otherwise alienating their interests in the attached list of entities (Exhibit 1), except to the Receiver.

3. The Receiver shall be compensated in accordance with the fee agreement between Petitioner and Receiver, and counsel for Receiver shall be paid by Petitioner without

further order of this Court.

        **BY THE COURT:**

        /s/ Chad F. Kenney

        **CHAD F. KENNEY, JUDGE**

# Exhibit 1

500 LINCOLN FAIRLESS, LP
Absecon ATNV Urban Renewal, LLC
Absecon VANT Realty, LLC
ATNV Realty Holdings, LLC
ATNV Realty Trust, LLC
Bensalem - Bristol TVC-ARC, LP
Bensalem - Bristol TVC-GP, LLC
Bensalem - Bristol TVC-LP, LP
Bensalem - Neshaminy TVC-ARC, LP
Bensalem - Neshaminy TVC-GP, LLC
Bensalem - Neshaminy TVC-LP, LP
Bensalem 45 GP, LLC
Berlin VANT Realty, LLC
Bellmawr VANT Realty, LLC
Blackhorse VANT Realty, LLC
Brick VANT Realty, LLC
Bridgewater One, LLC
Bridgewater Realty One, LLC
Bridgewater TVC-ARC, LLC
Buckingham Retail Properties, LLC
Buckingham Retail Properties, LP
BUCKINGHAM RIDGEVIEW, LP
DV RIDGEVIEW LLC
Church Street VANT Realty, LLC
Clementon VANT Realty, LLC DACK Realty, LLC
Doylestown 611, LLC
Doylestown I - Rt 202 TVC-ARC, LP
Doylestown I - Rt 202 TVC-GP, LLC
Doylestown I - Rt 202 TVC-LP, LP
Doylestown II - Rt 313 TVC-ARC, LP
Doylestown II - Rt 313 TVC-GP, LLC
Doylestown II - Rt 313 TVC-LP, LP
DV RIDGEVIEW, LLC
DV RIDGEVIEW, LLC
Ebensburg TVC-ARC, LP
Ebensburg TVC-GP, LLC
Ebensburg TVC-LP, LP
Edin-Apple, LLC
Fire Road VANT Realty, LLC
Gloucester VANT Realty, LLC
Hatboro York Road, LLC
HORSHAM - BLAIR, LP
HORSHAM 1130 GP, LLC
HORSHAM BLAIR MILLARCT, LLC
INDY-APPLE, LLC
KCA Associates Investors GP, LLC
KCA Associates Investors, LP
KCA Chalfont-202, LP
KCA Equity Trust, LLC
KCA Flourtown-Sunnybrook, LP
KCA Lansdale-Sumney, LP
KCA Realty Trust, LLC
KCA Realty, LLC
KCA Rockaway, LLC
KCA Springfield GP, LLC
KCA Springfield-Delco, L.P.
KCA Westampton Phase 2, LLC
KCA Westampton, LLC
Levittown - TVC, LP
Longmont TVC-ARC, LP
LONGMONT TVC-GP, LLC
LONGMONT TVC-LP, LP
Magnolia VANT Realty, LLC
Manville VANT Realty, LLC
Marlton VANT Realty, LLC
Morrisville Commons, LP
Buckingham Retail Properties Phase II
General Partner: Morrisville TVC GP LLC
Morrisville TVC-GP, LLC
Mount Laurel VANT Realty, LLC
NESHAMINY WINDING BROOK, LLC
New Hope TVC-ARC, LP
New Hope TVC-GP, LLC
New Hope TVC-LP, LP
OAKLAND AVE - INDY, LLC
Paulsboro ATNV Urban Renewal, LLC
Paulsboro VANT Realty, LLC
Penndel TVC-GP, LLC
Penndel TVC-LP, LP
RF Realty Investors, LLC
Richboro TVC GP, LLC LLC
SECAUCUS MEADOWLANDS TVC, LLC
Sicklerville VANT Realty, LLC
SOMERSET TVC, LLC
Stratford ATNV Urban Renewal, LLC
Stratford VANT Realty, LLC
SUNNY SHARAN 79, LLC
TFV Associates Investers, LP
TFV Associates Investors GP, LLC
TFV Family Investors, LLC
TFV Investors Associates, LP
TFV WILLIAMSTOWN INVESTORS, LP
TFV Associates Investors GP, LLC
The Verrichia Company, LLC
The Verrichia Group, LLC
TOWAMENCIN MANAGER, LLC
TOWAMENCIN SUMNEYTOWN ARCT, LLC
TOWAMENCIN SUMNEYTOWN PIKE, LLC
TVC - Z Development

Investors GP, LLC
TVC - Z Development Investors, LP
TVC Chalfont GP, LLC
TVC Development Company, LLC
TVC Flourtown GP, LLC
TVC Lansdale GP, LLC
TVC Middletown GP, LLC
TVC-H MANAGER, LLC
TVC-H OPERATING MEMBER, LLC
Voorhees VANT Realty, LLC
WARWICK MEYER ARCT, LLC
WARWICK TVC-ARC, LP
Warwick TVC-GP, LLC
Warwick TVC-GP, LLC
Warwick TVC-LP, LP
WESTAMPTON TVC - GP, LLC
WESTAMPTON WOODLANE ARCT, LLC
WHITEHORSE ROAD - PHOENIXVILLE, LLC
The Thomas F. Verrichia 2014 Family Trust